298 So.2d 606

In re William C. MOODY

v.

STATE.

Ex parte William C. Moody.
SC 838.

Supreme Court of Alabama.
July 11, 1974.
Rehearing Denied Aug. 22, 1974.

Elno A. Smith, Jr., Montgomery, for petitioner.

William J. Baxley, Atty. Gen., for the State.

JONES, Justice.

Motion to strike petition for writ of certiorari to the Court of Criminal Appeals, 295 So.2d 272, is granted. Duchac v. State, 292 Ala. 251, 292 So.2d 139 (1974).

Motion to strike petition granted.

HEFLIN, C. J., and COLEMAN, BLOODWORTH and McCALL, JJ., concur.